**Attachment A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

*John L. Gravley*

FILED

MAY 0 5 2009

U.S. DISTRICT COURT
ELKINS 26241

*Enter the full name of the plaintiff in this action*

**COMPLAINT**

Civil Action No.: *2:09cv58*
*(To be assigned by the Clerk of Court)*

v.

*Tom Scott*

Enter above the full name of defendant(s) in this action
(If you have additional defendants, list them on a separate sheets of paper)

I.   **PARTIES**

*In Item A below, place your name, inmate number, and address in the space provided.*

A.   Name of Plaintiff: *John Gravley*     Inmate No.: *07785-088*

Address: *Federal Correctional Institution Box 1000 Morgantown, WV. 26507*

*In Item B below, place the full name of the defendant, his or her official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B.   Name of Defendant: *Tom Scott*

Position: _____

Place of Employment: *Southern Regional Jail Beaver, WV.*

---

**United States District Court**          *5*          **Northern District of West Virginia**

C. Additional Defendants *(provide the same information for each defendant as listed in Item B above)*:

_____

_____  N/A

_____

## II. PLACE OF PRESENT CONFINEMENT

*Name of Prison/Institution:* F.C.I. Morgantown WV.

A. Is this where the events concerning your complaint took place?    Yes_____   No  X

If you answered "no", where did the events occur? Southern Regional Jail Beaver, WV.

B. Is there a prisoner grievance procedure in this institution?    Yes_____   No  X

C. Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes_____   No  X

D. If your answer is NO, explain why not: Because I thought that it would interfer with my sentencing.

E. If your answer is YES, what was the result at level one, level two, and level three (attach grievances and responses):

_____

_____

## III. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?    Yes  X   No_____

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

Plaintiff(s): John Granley

Defendant(s): Tom Scott

2. Court: United States District
*(If federal court, name the district; if state court, name the county)*

3. Docket Number: 2:09CV52

4. Name of Judge(s) to whom case was assigned: Judge Maxwell, Robert E.

5. Disposition: dismissed
*(For example, was the case dismissed? Appealed? Pending?)*

6. Approximate date of filing lawsuit: 4-16-09

7. Approximate date of disposition: 4-23-09

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

I was housed in deplorable conditions (sic) in the Southern Regional Jail while incarcerated there and awaiting sentencing on Federal charges. I was placed in a single-man cell with at times two or three of us in one man cell. That is unhealth (sic) and was against my Consititution (sic) Rights 8th Amendment Cruel and unusual Punishment.

As relief, I am seeking "two for one for every day that [ I ] was at Southern Regional Jail at Beaver WV."

## IV. STATEMENT OF CLAIM - continued.

## V.  RELIEF

*State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Signed this _____ day of _____, 20 _____.*

_____
*Signature of Plaintiff*

**I declare under penalty of perjury that the foregoing is true and correct.**

*Signed this _____ day of _____, 20 _____.*

_____
*Signature of Plaintiff*